AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>ARNEZ J. SALAZAR<br>*Defendant(s)* | ) ) ) ) ) ) ) )<br>Case No. 22-MJ-6008 |

FILED
JAN 2 6 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 14, 2022** in the county of **Peoria** in the **Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922(g) | defendant herein, having knowingly been previously convicted under the laws of the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm. |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

s/Nicholas Mason
*Complainant's signature*

NICHOLAS MASON, ATF TFO
*Printed name and title*

Sworn and subscribed to me telephonically pursuant to Fed. R. Crim. P. 41(d)(3) and Rule 4.1.

Date: 01/26/2022

s/Jonathan E. Hawley
*Judge's signature*

City and state: Peoria, Illinois

Jonathan E. Hawley, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# IN SUPPORT OF CRIMINAL COMPLAINT

## I.  Background

I, Task Force Officer Nicholas Mason, (hereinafter "Your Affiant"), do hereby depose and state the following:

1. Your Affiant is a Peoria Police Officer and a Task Force Officer with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"). Your Affiant has been a law enforcement officer since 2006.

2. This affidavit is submitted in support of a criminal complaint alleging that **Arnez SALAZAR** violated Title 18, United States Code, Section 922(g) (Felon in Possession of a Firearm).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. The statements contained within this Affidavit are based on: (a) my personal participation in this investigation; (b) information provided to me by other federal, state, and local law enforcement officers; (c) my training and experience and the training and experience of other law enforcement agents with whom I have spoken.

1

II. **Summary**

5. On January 14, 2022, Peoria Police Officers observed an open source social media posting of a video. In the video, **Arnez SALAZAR** was seen inside of Veterans Pub which is located at 2525 NE Adams Street, Peoria, Illinois. Officers knew **Arnez SALAZAR** to have an active arrest warrant out of Tazewell County.

6. Peoria Police Officers responded to Veterans Pub and located **Arnez SALAZAR** sitting at the bar. There was a coat located behind **Arnez SALAZAR** on the barstool where he was sitting. A Walther, Model: PK380, .380 caliber pistol, SN: PK114167 was located inside a pocket of the coat. A wallet containing **Arnez SALAZAR**'s Illinois Identification Card was also located inside the same coat.

7. Your Affiant reviewed video surveillance footage from inside Veterans Pub. **Arnez SALAZAR** can be seen wearing the coat when he enters the business. **Arnez SALAZAR** is also seen removing the coat and placing it on the back of the barstool.

8. Record checks indicate that **Arnez SALAZAR** has been previously convicted of a crime punishable by more than one year in prison.

9. The firearm possessed by **Arnez SALAZAR** was manufactured outside of the state of Illinois.

s/Nicholas Mason

Nicholas A. Mason, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms &
Explosives

Sworn and subscribed to me by telephone pursuant to Fed. R. Crim. P. 41(d)(3) and Rule 4.1 this 26th day of January, 2022.

s/Jonathan E. Hawley

Jonathan E. Hawley
United States Magistrate Judge
Peoria, Illinois